# AFFIDAVIT OF SERVICE

[ ] Milwaukee Co. [ ] Racine Co. [ ] Kenosha Co. [ ] Waukesha Co. [ ] Washington Co. [X] USDC-Eastern WI

**STATE OF WISCONSIN}**
**Milwaukee County}** ss

Case No. 10-C-0714

Court Date: ____

Document{s} attached: [X] Summons & Complaint [ ] Subpoena [ ] Subpoena Duces Tecum [ ] Check in the amount of $ _____ Travel or Witness Fee
[ ] Order to Appear before a Court Commissioner [ ] Order [ ] Motion [ ] Order to Show Cause [ ] Summons [ ] _____ Set of Written Interrogatories
[ ] _____ Request for Production of Documents [ ] Jury Demand

**Corporate Service**

I, Joseph Craftsman, being duly sworn on oath, state I am an adult resident of this State. I am not a party to the legal action of the attached document(s) which was/were served upon the below named party and endorsed as required by Wis. Stats. 801(10)(2).

Aurora Health Care _____ and leaving with

Andrea Vollrigge

[ ] Officer [ ] Registered Agent [ ] Person Apparently in Charge [ ] Managing Agent [X] Authorized Agent [ ] Person Design to Receive Legal Process

Address 3000 W. Montana St. [X] City of Milwaukee or [ ] _____ WI.

on the 23rd day of August 2010 1:00 [ ] a.m [X] p.m. a true and correct copy of the said documents informing her of the contents thereof of.

**Garnishee Service** [ ] Earnings [ ] Non Earnings

I _____, as an agent for State process Service, Inc. being duly sworn on oath state that I am an adult resident of the State of Wisconsin and that I am not a party to the action to which this affidavit is attached. I further swear that I did serve the above identified attached document in the above entitled action, hereto annexed, upon the named garnishee identified as:

_____ by leaving with _____
Address _____ [ ] City of Milwaukee or [ ] _____ WI
person in charge, personally, a true and correct (authenticated) copy thereof paying the legal fee of $ _____ at _____ [ ]a.m. [ ] p.m.
on the _____ of _____ 2010

**Court Commissioner Service**

I _____, as an agent for State Process service, Inc. being duly sworn on oath state that I am an adult resident of the State of Wisconsin and that I am not a party to the action to which this affidavit is attached. I further swear that I did serve the above identified attached document in the above entitled action by delivering to and leaving with _____ a true and correct (authenticated) copy thereof exhibiting to _____ the original signed by the Honorable _____ [ ] Judge [ ] Court Commissioner
at Address _____ [ ] City of Milwaukee or [ ] _____ WI
on the _____ day of _____ 2010 at _____ [ ] a.m. [ ] p.m.

Subscribed and sworn to before me this 24 day of August 2010
Notary Public
My Commission expires: 07/09/14

STATE PROCESS SERVICE, INC.

1 OF 1 AFFIDAVITS
Fee for Service: 10.00
Fees: Mileage 20 @ . /mile:
Fees: Hourly 1 @ $ /hr 37.50
Special Fees: _____
TOTAL FEES: $ 47.50

© State Process Service, Inc. 2008     Agent

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Aurora Health Care__
was received by me on *(date)* __8/23/10__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Andrea Vourlegde__ , who is
designated by law to accept service of process on behalf of *(name of organization)* __Aurora Health Care__
on *(date)* __8/23/10__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __8/24/10__

Server's signature
Joseph Kratochvil
*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc: