IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

JERRY A. BRABAZON
individually and on behalf
of all others similarly situated,

                Plaintiff,

vs.

AURORA HEALTH CARE, INC.

                Defendant.

Case No. 10-C-0714

## NOTICE OF MOTION AND MOTION FOR CONDITIONAL CLASS CERTIFICATION AND COURT FACILITATED NOTICE

PLEASE TAKE NOTICE that the above-named Plaintiff, on behalf of himself and all others similarly situated, by and through his attorneys, moves the Court for an order granting conditional class certification and court facilitated notice. The basis for said motion is contained in Plaintiff's Memorandum in Support of Motion for Conditional Class Certification and Court Facilitated Notice.

Dated: January 18, 2011.

                **HAWKS QUINDEL, S.C.**
                *Attorneys for Plaintiffs*

                By:    */s/ William E. Parsons*
                      William E. Parsons, State Bar No. 1048594
                      Email: wparsons@hq-law.com
                      David C. Zoeller, State Bar No. 1052017
                      Email: dzoeller@hq-law.com
                      222 W. Washington Avenue, Suite 450
                      Post Office Box 2155
                      Madison, Wisconsin 53701-2155
                      Telephone: 608 257-0040

Lynn M. Novotnak, State Bar No. 1005688
Email: lnovotnak@hq-law.com
Summer H. Murshid, State Bar No. 1075404
Email: smurshid@hq-law.com
700 W. Michigan, Suite 500
Post Office Box 442
Milwaukee, WI 53201
Telephone: 414-271-8650