IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

JERRY A. BRABAZON
individually and on behalf
of all others similarly situated,

                Plaintiff,

   vs.

AURORA HEALTH CARE, INC.

                Defendant.

Case No. 10-C-0714

**AFFIDAVIT OF ATTORNEY WILLIAM E. PARSONS IN SUPPORT OF MOTION FOR CONDITIONAL CLASS CERTIFICATION AND COURT FACILITATED NOTICE**

STATE OF WISCONSIN )
                           ) ss:
COUNTY OF DANE    )

      The undersigned, William E. Parsons, being duly sworn on oath, states as follows:

      1.    I am an attorney licensed to practice law in the State of Wisconsin and am co-counsel for the Plaintiff, Jerry Brabazon, in the above-captioned action.

      2.    Attached to this Affidavit as Exhibit 1 is a true and correct copy of the Fed. R. Civ. P. 30(b)(6) Deposition Transcript of Corporate Representatives Michael R. Cummings, Rita Kopf and Mark A. Rountree.

3. Attached to my Affidavit as Exhibit 2 is a true and correct copy of the Excerpted Portion of Defendant's Discovery Record AUR-JB 171-1106 Response to RFP No. 6 – Active Security Officers 8 20 07_10 4 10.xls.

4. Attached to my Affidavit as Exhibit 3 are true and correct copies of all unpublished cases cited in Plaintiff's Memorandum in Support of Motion for Conditional Class Certification and Court Facilitated Notice.

5. Attached to my Affidavit as Exhibit 4 is a true and correct copy of the Proposed Notice of Pendency of Lawsuit.

6. This Affidavit is filed in support of Plaintiff's Notice of Motion and Motion for Conditional Class Certification and Court Facilitated Notice, as well as Plaintiff's Memorandum in Support of Motion for Conditional Class Certification and Court Facilitated Notice.

Dated this 18th day of January 2011.

                                                  */s/ William E. Parsons*
                                 William E. Parsons (State Bar No. 1048594)
                                 Email: wparsons@hq-law.com

Subscribed and sworn to before me
this 18th day of January 2011.

    */s/ Dawn Marie Mulcahy*
Dawn Marie Mulcahy
Notary Public, Dane County
My Commission Expires: 06/12/2011