IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

JERRY A. BRABAZON,
individually and on behalf
of all others similarly situated,

        Plaintiff,

Case No. 2:10-cv-00714

   v.

AURORA HEALTH CARE, INC.,

        Defendant.

## NOTICE OF CONSENT FILING

PLEASE BE ON NOTICE that, pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached consent form(s) for the following person(s):

        Eric Snowden

Dated: March 10, 2011.

        **HAWKS QUINDEL, S.C.**

        By: */s/ William E. Parsons*
            William E. Parsons, State Bar No. 1048594
            Email: wparsons@hqeplaw.com
            David C. Zoeller, State Bar No. 1052017
            Email: dzoeller@hqeplaw.com
            Summer H. Murshid, State Bar No. 1075404
            Email: smurshid@hq-law.com
            222 West Washington Avenue, Suite 450
            Post Office Box 2155
            Madison, Wisconsin 53701-2155
            Telephone: 608 257-0040

            Attorneys for the Plaintiffs