IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

**JERRY A. BRABAZON**,
individually and on behalf
of all others similarly situated,
       Plaintiff,    Civil Action No. 710
               Case No. 10-C-0714
  vs.            Jury Trial Demanded

**AURORA HEALTH CARE, INC.**
       Defendants.

### PLAINTIFF'S MOTION FOR RULE 23 CLASS CERTIFICATION

PLEASE TAKE NOTICE that the above-named Plaintiff, individually and on behalf of those similarly situated, by and through his attorneys, moves the Court for an order granting class certification pursuant to Fed. R. Civ. P. 23, appointing Hawks Quindel, S.C. as class counsel, appointing Jerry A. Brabazon as the class representative, and requesting court approval of his proposed notice. The basis for said motion is contained in Plaintiff's Memorandum in Support of Motion for Rule 23 Class Certification filed herewith.

  Dated this 1st day of April 2011.

       **HAWKS QUINDEL, S.C.**

       By: */s/ William E. Parsons*
         William E. Parsons, SBN 1048594
         Email: wparsons@hq-law.com
         David C. Zoeller, State Bar No. 1052017
         Email: dzoeller@hq-law.com
         222 W. Washington Ave, Suite 450, PO Box 2155

Madison, Wisconsin 53701-2155
Telephone: (608)257-0040
Lynn M. Novotnak, State Bar No. 1005688
Email: lnovotnak@hq-law.com
Summer H. Murshid, State Bar No. 1075404
Email: smurshid@hq-law.com
222 East Erie St., Suite 210, P.O. Box 442
Milwaukee, WI 53201
Attorneys for Plaintiffs