IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

JERRY A. BRABAZON
individually and on behalf
of all others similarly situated,

                Plaintiff,

vs.

AURORA HEALTH CARE, INC.

                Defendant.

Case No. 10-C-0714

## PROPOSED ORDER GRANTING PLAINTIFF'S MOTION FOR RULE 23 CLASS CERTIFICATION

This matter having come before this Court upon motion by the Plaintiff in the above-captioned case, and after having considered the briefs filed by counsel, IT IS HEREBY ORDERED:

Plaintiff's motion for class certification is GRANTED. The class shall be defined as:

> All persons who have been or are employed by Aurora as security officers and were denied wages for on-duty meal periods at any time from August 20, 2008 to the present.

Certification in this case is proper because:

1. The class is so numerous that joinder of all members is impracticable, satisfying the requirement of Fed. R. Civ. P. 23(a)(1).

2. There are questions of law and fact common to the class, satisfying the requirement of Fed. R. Civ. P. 23(a)(2).

3. The claims of the Plaintiff are typical of the claims of the class, satisfying the requirement of Fed. R. Civ. P. 23(a)(3).

4. The Plaintiff and class counsel will fairly and adequately represent the interests of the class, satisfying the requirements of Fed. R. Civ. P. 23(a)(4).

5. Questions of law or fact common to the members of the class predominate over questions affecting only individual members, satisfying the requirements of Fed. R. Civ. P. 23(b)(3).

6. A class action is superior to other methods available for the fair and efficient adjudication of the controversy, satisfying the requirements of Fed. R. Civ. P. 23(b)(3).

IT IS HEREBY ORDERED THAT Plaintiff's Motion for Class Certification is Granted;

IT IS FURTHER ORDERED THAT Jerry A. Brabazon shall serve as representative for the certified class;

IT IS FURTHER ORDERED THAT Hawks Quindel, S.C. is appointed as class counsel for the certified class;

Dated this _____ day of _____ 2011.

By:_____
Honorable J.P. Stadtmueller
United States District Judge