ATTORNEYS AT LAW

# HAWKS QUINDEL, S.C.

222 West Washington Avenue, Suite 450
Post Office Box 2155
Madison, Wisconsin 53701-2155

MADISON OFFICE
Aaron N. Halstead
William E. Parsons
Nicholas E. Fairweather

David C. Zoeller

608-257-0040
Fax 608-256-0236
www.hq-law.com

Offices also in Milwaukee

June 22, 2011

Honorable J.P. Stadtmueller
U.S. District Court, Eastern District of Wisconsin
517 E. Wisconsin Avenue, Room 471
Milwaukee, WI 53202-4510

Re: <u>Brabazon v. Aurora Health Care</u>
U.S. District Court Case No. 2:10-cv-714

Dear Judge Stadtmueller:

The parties write to advise you that they were successful in reaching a mutual resolution in the above captioned matter at mediation on **June 20, 2011.**

The parties are currently working to prepare their Joint Motion for Preliminary Approval of Settlement, and the documents in support of that motion. The parties anticipate filing said motion no later than **July 8, 2011.**

As such, it is requested that the Stay on all decisions, and deadlines entered by the court on May 21, 2011 (Dkt. 87) remain in place until the Court has the opportunity to rule on the parties' Joint Motion for Approval of Settlement.

Thank you for your attention to this matter and do not hesitate to contact us should you have any questions or concerns regarding the foregoing.

Sincerely,                                    Sincerely,

<u>/s/ William Parsons</u>                    <u>/s/ Sean Scullen</u>
Attorney for Plaintiffs                       Attorney for Defendant