

411 East Wisconsin Avenue
Suite 2040
Milwaukee, Wisconsin 53202-4497
414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in
Milwaukee and Madison, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona
Chicago, Illinois
Shanghai, China

Christopher L. Nickels
Writer's Direct Dial: 414.277.
Writer's Fax: 414.978.8756
E-Mail: christopher.nickels@quarles.com

July 6, 2011

The Honorable J.P. Stadtmueller
United States District Court
Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 471
Milwaukee, WI 53202-4510

    RE:    **Jerry Brabazon v. Aurora Health Care, Inc.**
            **U.S. District Court, Eastern District of Wisconsin Case No. 2:10-CV-714**

Dear Judge Stadtmueller:

        The parties in the above-referenced matter wrote to the Court following their June 20, 2011, mediation to advise that we were successful in reaching settlement terms. We also advised that we anticipated being able to submit the settlement documentation to the Court by July 8, 2011. Including because we are in the process of addressing issues related to several potential class members not previously identified, we write to advise that the parties need a short amount of additional time, until July 22, 2011, to finalize the Settlement Agreement and Joint Motion for Preliminary Approval of Settlement and related documents in support of that motion.

        As such, the parties request that the Stay on all decisions and deadlines entered by the Court on May 21, 2011 (Dkt. #87) remain in place until the Court has the opportunity to rule on the parties' Joint Motion for Approval of Settlement which, as noted, the parties intend to submit by July 22, 2011.

        Thank you for your attention to this matter and do not hesitate to contact us should you have any questions or concerns regarding the foregoing.

Sincerely,                                                   Sincerely,

s/ William Parsons                      s/ Sean Scullen
Attorney for Plaintiffs                     Attorney for Defendant