IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

JERRY A. BRABAZON, individually and
on behalf of all others similarly situated,

    Plaintiff,

v.                                                      Case No. 10-CV-714

AURORA HEALTH CARE, INC.,

    Defendant.

## JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

The parties, by and through their undersigned counsel, hereby move the Court for an order:

1) Finally approving the Settlement Agreement, adjudging its terms to be fair, reasonable and adequate, and directing consummation of its terms and provisions;

2) Finally approving the payment to the Class Representative;

3) Finally approving Class Counsel's petition for costs and attorneys' fees, and awarding Class Counsel attorneys' fees and costs;

4) Finally approving the settlement payments to be paid to the Class pursuant to the allocation formulas set forth in Section 3 of the Settlement Agreement;

5) Approving a 30 day extension of the Notice Period for Randy Cash, Chad Cooper, Geneta Kopatich, providing these individuals an opportunity to

participate in the settlement, exclude themselves from the settlement, or file an objection to the settlement, and approving Notice to these individuals in the form attached as Exhibit A to this motion.

6) Dismissing the Lawsuit with Prejudice, and barring and permanently enjoining, to the fullest extent of applicable law, the Class Representative and all Class Members from pursuing Released Claims against the Defendant, as set forth in Sections 3 of the Settlement Agreement.

Dated this 21st day of October, 2011.

       **HAWKS QUINDEL, S.C.**
       *Attorneys for the Plaintiffs*

       By: */s/ William E. Parsons*
           William E. Parsons, State Bar No. 1048594
           Email: wparsons@hq-law.com
           David C. Zoeller, State Bar No. 1052017
           Email: dzoeller@hq-law.com
           222 W. Washington Avenue, Suite 450
           Post Office Box 2155
           Madison, Wisconsin 53701-2155
           Telephone: 608-257-0040
           Facsimile: 608-256-0236

           Summer H. Carlisle, State Bar No. 1075404
           Email: scarlisle@hq-law.com
           700 W. Michigan Ave, Suite 500
           Post Office Box 442
           Milwaukee, Wisconsin 53201-0442
           Telephone: 414-271-8650
           Facsimile: 414-271-8442

QUARLES & BRADY LLP
*Attorneys for Defendant*

By: _____*/s/ Sean M. Scullen*_____
    Mary Pat Ninneman, State Bar No. 1016956
    Email: mary.pat.ninneman@quarles.com
    Sean M. Scullen, State Bar No. 1034221
    Email: sean.scullen@quarles.com
    Christopher L. Nickels
    Email: chirs.nickels@quarles.com
    411 East Wisconsin Avenue, Suite 2040
    Milwaukee, Wisconsin 53202-4497
    Telephone: 414-277-5000
    Facsimile: 414-978-8978