# COURT MINUTES OF HEARING

JERRY A. BRABAZON

    v.                                              CASE NO. 10-CV-714

AURORA HEALTH CARE, INC.

## HON. J. P. STADTMUELLER PRESIDING

| | |
|---|---|
| DATE: October 25, 2011 | TIME SCHEDULED: 10:00 a.m. |
| COURT DEPUTY/CLERK: Kate Gehl | TIME CALLED: 9:59 a.m. |
| COURT REPORTER: Michelle Hagen | TIME FINISHED: 10:05 a.m. |

INTERPRETER: N/A

PURPOSE: **Final Fairness Hearing**

JERRY A. BRABAZON BY: David Zoeller, Summer H. Murshid, William E. Parsons

AURORA HEALTH CARE, INC. BY: Sean M. Scullen, Christopher L. Nickels

NOTES:

10:00 Appearances
10:00 Court addresses the parties.
10:01 Plaintiff's counsel notes the unclaimed funds would revert to the defendant.
10:01 Defendant's counsel comments regarding final order approving settlement. The parties would ask that the final order not be entered until October 31, 2011 to comply with CAFA and would ask that the court amend the settlement agreement to allow notice to go out to three individuals with a 30 day period for objections. In the event of objections by those three individuals, the parties would request another date for a fairness hearing, otherwise, the order would be final after that thirty day period.
10:04 Court comments and has no objection.
10:05 Court stands in recess.